UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-02147-SVW | Date | April 10, 2025 |
|---|---|---|---|
| Title | Andres Urena v. United States of America | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION


The Court orders the case dismissed, pursuant to the attached order.


|  | : |
|---|---|
| Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   2:14-cr-00441-SVW                                    Date: April 9, 2025

Present: The Honorable:   Stephen V. Wilson, U.S. District Judge

Interpreter   N/A

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Andres Urena | | X | | N/A | | | X |

**Proceedings:**  ORDER DENYING PETITIONER'S MOTION TO VACATE SENTENCE [187]

Before the Court is a motion to vacate sentence brought by petitioner Andres Urena ("Petitioner") under 28 U.S.C. § 2255. ECF No. 187. For the following reasons, the motion is DENIED.

Petitioner moves to vacate his sentence for ineffective assistance of counsel because he says his attorney failed to adequately advise him of his appeal rights regarding the non-application of an adjustment to the guidelines range for acceptance.

Under *Strickland v. Washington*, 466 U.S. 668 (1984), a claim of ineffective assistance of counsel requires a defendant to show "(1) that counsel's representation fell below an objective standard of reasonableness…and (2) that counsel's deficient performance prejudiced the defendant." *Roe v. Flores-Ortega*, 528 U.S. 470, 476-77 (2000) (internal quotation marks and citation omitted). Counsel perform deficiently when they ignore a defendant's specific request to file a notice of appeal. *Id*. at 477. When a defendant does not specifically request that an appeal be filed, the question of deficient performance revolves around "whether counsel in fact consulted with the defendant about an appeal." *Id*. at 478. Consulting with a defendant means "advising the defendant about the advantages and disadvantages of taking an appeal, and making a reasonable effort to discover the defendant's wishes." *Id*. "If counsel has consulted with the defendant, the question of deficient performance is easily answered: Counsel performs in a professionally unreasonable manner only by failing to follow the defendant's express instructions with respect to an appeal." *Id*.

At the hearing, the Court heard testimony from Petitioner's counsel for sentencing that, in the week following sentencing, he had a phone call with Petitioner. During this phone call, Petitioner's counsel discussed with Petitioner the potential outcomes of an appeal in a conversation entirely revolving around whether to file an appeal. Petitioner's counsel further testified that Petitioner never requested that he file an appeal. Petitioner confirmed that he never requested to file an appeal in his testimony at the hearing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

The Court found the testimony of Petitioner's counsel credible, and therefore finds that Petitioner's counsel was not deficient for failure to consult regarding a potential appeal. Petitioner's counsel did consult with Petitioner regarding his appeal rights following sentencing, fulfilling his duty as laid out in *Flores-Ortega*. Further, Petitioner himself admits that he never requested an appeal be filed, meaning his counsel was similarly not deficient for failure to follow any instruction to file an appeal.

Therefore, Petitioner's motion is DENIED.

**IT IS SO ORDERED.**

                                                          :

**Initials of Deputy Clerk**    PMC